**Order entered January 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-01195-CV

---

### ELIZABETH CARRUTH, ET AL, Appellants

### V.

### LISA HENDERSON, IN HER OFFICIAL CAPACTY AS CITY SECRETARY, Appellee

---

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00469-2016**

---

## ORDER

Before the Court is appellee's January 10, 2020 opposed second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 14, 2020. We caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
          JUSTICE